# United States Court of Appeals
## For the First Circuit

No. 26-1596

EQUAL MEANS EQUAL; HEROICA FOUNDATION; JACQUELINE FENORE, individually and on behalf of others similarly situated,

Plaintiffs - Appellants,

v.

DONALD JOHN TRUMP, in the official capacity as President of the United States; CRAIG BROWN, in the official capacity as Acting Director of the Selective Service System; SELECTIVE SERVICE SYSTEM, an Independent Agency within the Executive Branch of the Federal Government,

Defendants - Appellees.

**ORDER OF COURT**

Entered: August 13, 2026
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellants Equal Means Equal, Heroica Foundation, and Jacqueline Fenore on August 3, 2026, are not in compliance with the following Federal Rules of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). ***The caption on the appellants' brief and appendix does not match the caption used by this court.***

- **Fed. R. App. P. 32(a)(2)(D) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the nature of the proceeding (e.g., Appeal, Petition for Review) and the name of the court, agency or board below. ***The front covers of the appellants' brief and appendix do not contain the nature of the proceeding and the name of the court below.***

- **Fed. R. App. P. 32(a)(2)(F) and 32(b)**, requiring that the front cover of the appendix contain the name, office address and telephone number of counsel representing the party for whom the appendix is filed. ***The front cover of the appellants' appendix does not contain the name and contact information of the appellants' counsel.***

Appellants Equal Means Equal, Heroica Foundation, and Jacqueline Fenore are ordered to file a conforming brief and appendix by **August 20, 2026**. The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Wendy J. Murphy
Donald Campbell Lockhart
Abraham R. George
Thomas Pulham
Sean Janda
Andrea C. Kramer