# United States Court of Appeals
## For the First Circuit

No. 26-1596

EQUAL MEANS EQUAL; HEROICA FOUNDATION; JACQUELINE FENORE, individually and on behalf of others similarly situated,

Plaintiffs - Appellants,

v.

DONALD JOHN TRUMP, in the official capacity as President of the United States; CRAIG BROWN, in the official capacity as Acting Director of the Selective Service System; SELECTIVE SERVICE SYSTEM, an Indepedent Agency within the Executive Branch of the Federal Government,

Defendants - Appellees.

**ORDER OF COURT**

Entered: August 19, 2026
Pursuant to 1st Cir. R. 27.0(d)

On August 10, 2026, American Association of University Women of Brainerd, MN, American Association of University Women of Michigan, American Medical Women's Association, Bienestar Human Services, CalPride, California Commission of the Status of Women and Girls, Center for Policing Equity, Combat Sexual Assault, Desiree Alliance, Feminists in Struggle, Georgia Green Party, Global Faith and Justice Project, Happy Chic's, Her Service Matters, Indivisible Lincoln Square, Institute on Violence, Abuse and Trauma, International Association of Military Women of Color, Jewish Women International, Joel Marshall's Lunch Therapy Podcast, Justice and Joy National Collaborative, Luminous Mind Productions Inc., Moral Injury Support Networks for Servicewomen Inc., Muslims for Progressive Values, National Black Justice Collective, National Council of Jewish Women - Chicago North Shore, IL, National Organization of Women - Akron, OH, National Organization of Women - Albuquerque, NM, National Organization of Women - Columbia, SC, National Organization of Women - Columbus, Ohio, National Organization of Women - GA, National Organization of Women - Ni-ta-nee, Central PA, National Organization of Women - Raleigh, NC, National Organization of Women - Santa Fe, NM, National Organization of Women - Will County, IL, National Women Veterans United, National Women Veterans United, Rockford Chapter, National Women's Political Caucus, Ohio Equal Rights, Ohio Federation of Business & Professional Women, PA Religious Coalition for Reproductive Justice, Progress Productions, Rethinking Eve LLC, Service Women's Action Network, Sisters of Perpetual Indulgence - Tampa Bay, FL, Susan Jolley Foundation, Title Nine,

West Hollywood, CA, Women's Political Committee - Santa Barbara, CA and Women's eNews filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). Additionally, the front cover of the brief does not contain the nature of proceeding and the name of the lower court as required by Fed. R. App. P. 29(a)(4) and Fed. R. App. P. 32(a)(2)(D). It is further noted that there is a typographical error in Appendix A's list of parties. Additionally, Attorney Andrea C. Kramer must file an appearance form required by 1st Cir. R. 12.0(a) and 46.0(a)(2). A corrected amicus brief and appearance form must be filed no later than **August 26, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Wendy J. Murphy, Donald Campbell Lockhart, Abraham R. George, Thomas Pulham, Sean Janda, Andrea C. Kramer