## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, Plaintiffs-Appellants hereby disclose that they are not a publicly held corporation, have no parent companies and no companies have a 20% or greater ownership in them.

## REASONS WHY ORAL ARGUMENT SHOULD BE HEARD

Pursuant to Rule 34.0(a) Appellants respectfully submit that oral argument is appropriate because this case raises questions of law that bear on the constitutional legal status of half the population in America. Questions presented involve the balance of constitutional authority between the national and state governments; whether the Equal Rights Amendment is now the 28th Amendment to the U.S. Constitution; whether women finally deserve the full and equal protection of all laws; and whether the Military Selective Service Act, 50 U.S.C., § 3801 et seq., unconstitutionally discriminates against women. These important issues affect the integrity of American democracy and are rarely presented to federal appellate courts. Oral argument is appropriate because it will enable the Court to engage in a robust discussion of legal controversies that deserve the fullest consideration.