## DISCLOSURE STATEMENT

In compliance with Local Rule 26.1 of the First Circuit Local Rules, amici, all nongovernmental corporation parent corporation, state that none of them has any parent company and that no publicly held corporation owns 10% or more of any of them.

## RULE 29(a)(4)(E) STATEMENT

Amici state that Leah Gould authored the brief in whole or in part, no party or a party's counsel contributed money that was intended to fund preparing or submitting the brief, and no person other than the amicus curiae, its members, or its counsel contributed money that was intended to fund preparing or submitting the brief.